# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

134989

GRACE VAUGHAN, KAREN MURPHY,
DONNA J. WESTON, EDWARD R.
WESTON, PATRICIA S. WILSON,
and ROSEMARY COOK,
        Plaintiffs-Appellants,
and

BARNEY McCOURT, MARGARET
McCOURT-BEDES, PATRICIA E.
O'MALLEY, and ROBERT H. REEVE,
        Plaintiffs/Counter Defendants/
        Cross-Defendants-Appellants,

v

                      SC: 134989
                      COA: 267396
                      Iosco CC: 00-002849-CH

RITA THOMAS, and RITA THOMAS
REVOCABLE TRUST,
        Defendants/Counter Plaintiffs/
        Cross-Plaintiffs-Appellees,
and

DEPARTMENT OF CONSUMER &
INDUSTRY SERVICES, DEPARTMENT
OF NATURAL RESOURCES, IOSCO
COUNTY ROAD COMMISSION, and
TOWNSHIP OF OSCODA,
        Defendants/Counter Defendants/
        Cross-Defendants-Appellees,
and

TOWNSHIP OF AUSABLE,
        Counter Defendant/Cross-
        Defendant/Third-Party
        Defendant-Appellee,
and

IOSCO COUNTY DRAIN COMMISSION,
STATE TRANSPORTATION DIRECTOR,
JERRY N. THOMAS, KATHLEEN
THOMAS, JOAN M. RYAN, DEANNA
RUCKMAN, BOBBIE N. RUCKMEN EX UX,
LAUREL J. ISHAM, JOHN LANE, JENNY E.
LANE, WILLIAM S. LOTT, JILL A. LOTT,
GEORGE EGERVARI, KELLIE SWYNTAK,
GALLANT SWYNTAK, KIMBERLY
SWYNTAK, ROSEMARY RYAN WELCH,
KAREN MURPHY, DAVID M. WYGANT,
MOLLY T. WYGANT, VIRGINIA J.
MALLROY, JOHN SMITH EX UX,
PETER B. MAPES, NONA I. MAPES, and
DOROTHY M. THOMAS, et al,
       Counter Defendants/Cross-
       Defendants-Third Party-
       Defendants.

_____/

      On order of the Court, the application for leave to appeal the August 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk